FILED

2012 JAN 26  AM 10: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

**DOUGLAS A. LINDE, ESQ. (SBN 217584)(dal@lindelaw.net)**
**ERICA ALLEN, ESQ. (SBN 234922)(ela@lindelaw.net)**
**THE LINDE LAW FIRM**
**9000 Sunset Boulevard, Ste. 1025**
**Los Angeles, California 90069**
**Telephone (310) 203-9333**
**Fax (310) 203-9233**

Attorneys for Plaintiffs,
DENNIS MORRIS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORRIS <br><br> Plaintiffs, <br><br> v. <br><br> SELECT HOLDING CORP.; DRAVEN SHOES; SELECT DISTRIBUTION and DOES 1 through 10, inclusive, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. SACV12-130 -JST(MLGx)

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff DENNIS MORRIS, ("Plaintiff" or "Morris") and complains of and alleges the following:

### INTRODUCTION AND OVERVIEW

1.    This is a clear liability copyright infringement case, wherein Defendants, engaged in advertising activity, including but not limiting to, making, without authorization, calendars and garments featuring Plaintiff's copyright protected photographs, causing significant advertising injury to Plaintiff. Plaintiff seeks recovery

1
COMPLAINT FOR DAMAGES

of all remedies available under law including but not limited to its damages, all of Defendants' profits, and payment of Plaintiff's attorneys fees and costs.

## JURISDICTION AND VENUE

2.      This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3.      The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

4.      Venue in this judicial district is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

5.      This is an action for copyright infringement under the Copyright Act of 1976, Title 17 U.S.C. § 101 et seq., seeking damages, attorneys' fees, preliminary and permanent injunctive relief and an accounting, as well as damages and other relief based upon other claims related to the misappropriation of Plaintiff's intellectual property.

## PARTIES

6.      Plaintiff, DENNIS MORRIS, an individual, is a photographer and artist, who has gained worldwide recognition for his original and groundbreaking photographs of musical visionaries and other cultural icons.

7.      Plaintiff is informed and believes and thereon alleges that SELECT HOLDING CORP. is a corporation organized and existing under the laws of the state of California with its principal place of business in California at 1763 Placentia Avenue, Costa Mesa, CA 92627.  Plaintiff is informed and believes and thereon alleges that SELECT HOLDING CORP. in the business of selling garments, including footwear.

8.      Plaintiff is informed and believes and thereon alleges that DRAVEN SHOES is business entity form unknown with its principal place of business in California at 1763 Placentia Avenue, Costa Mesa, CA 92627.  Plaintiff is informed and

believes and thereon alleges that DRAVEN SHOES in the business of selling garments, including footwear.

9.   Plaintiff is informed and believes and thereon alleges that SELECT DISTRIBUTION is business entity form unknown with its principal place of business in California at 1763 Placentia Avenue, Costa Mesa, CA 92627.  Plaintiff is informed and believes and thereon alleges that SELECT DISTRIBUTION in the business of selling garments, including footwear.

10.   Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, created, assembled, distributed, manufactured and/or sold products bearing Plaintiff's copyrighted SUBJECT IMAGES.  The true names and capacities, whether corporate, individual or otherwise, of the Defendant DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names, and will ask leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

11.   Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, each of the Defendants, including without limitation the DOE Defendants, was the agent, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employment relationship and actively participated in, or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

12.   As used herein, the term Defendants shall mean and refer to SELECT HOLDING CORP.; DRAVEN SHOES; SELECT DISTRIBUTION and DOES 1 through 10, inclusive.

COMPLAINT FOR DAMAGES

## CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 ET SEQ.

(Against All Defendants and Each of Them)

13.     Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

14.     Plaintiff took the following original photograph of the musician Sid Vicious, (hereinafter "Subject Image"), which contains materials wholly original with Plaintiff and is copyrightable subject matter under the laws of the United States.



15.     Plaintiff is informed and believes and thereon alleges that Defendants including all DOE Defendants, their customers and suppliers and each of them, had access to the Subject Images, including without limitation, access through Plaintiff's books, access through copies published on the internet and access through illegal copies.

16.     Plaintiff is informed and believes, and thereon alleges, Defendants wrongfully created copies of the copyrighted Subject Images without Plaintiff's consent and engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by distributing said copies (and accompanying written materials)

with a false and misleading designation of creation, ownership and origin, and falsely representing that the Subject Images were their own.

17.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, further infringed Plaintiff's copyright by making derivative works from Plaintiff's copyrighted Subject Images, and/or by producing and distributing garments incorporating those derivative works without Plaintiff's permission.  Defendants then engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by publicly claiming ownership rights in and to the derivative works based on the Subject Images that belong solely to Plaintiff.

18.     Defendants offered for sale, and in fact sold, the following product:



19.     Defendants offered for sale, and in fact sold, the following product:



20.     Defendants offered for sale, and in fact sold, the following products:



5
COMPLAINT FOR DAMAGES

21.    Defendants offered for sale, and in fact sold, other works utilizing the Subject Images.

22.    Defendants' acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large, as alleged above, have caused Plaintiff to suffer, and to continue to suffer, substantial damage to its business in the form of diversion of trade, loss of income and profits, and a dilution of the value of its rights.

23.    Further, as a direct result of the acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large alleged above, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted Subject Images.  Plaintiff is entitled to disgorgement of each Defendant's profits directly and indirectly attributable to said Defendant's infringement of the Subject Images.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.  That Defendants, and each of them, and their respective agents and servants be enjoined from infringing Plaintiff's copyright in any manner;

2.  That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages, as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

3.  That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

4.  That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

5.  That Plaintiff be awarded pre-judgment interest as allowed by law;

6.  That Plaintiff be awarded the costs of this action; and

7.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Dated:  January 20, 2012                THE LINDE LAW FIRM

By:_____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff DENNIS MORRIS

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

Dated:  January 20, 2012                THE LINDE LAW FIRM

By:_____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff DENNIS MORRIS

COMPLAINT FOR DAMAGES

Douglas A. Linde, State Bar No. 217584
The Linde Law Firm
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DENNIS MORRIS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | SACV12-120-JST (MLG) |
| SELECT HOLDING CORP.; DRAVEN SHOES; SELECT DISTRIBUTION and DOES 1 through 10, inclusive, DEFENDANT(S). | **SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _The Linde Law Firm_____, whose address is _9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___JAN 2 6 2012___

By: _____
        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS

Douglas A. Linde, State Bar No. 217584
The Linde Law Firm
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DENNIS MORRIS | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br><br>SELECT HOLDING CORP.; DRAVEN SHOES;<br>SELECT DISTRIBUTION and DOES 1 through 10,<br>inclusive,<br><br>DEFENDANT(S). | SACV12-120-JST (MLGx)<br><br><br>**SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _The Linde Law Firm_____, whose address is _9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JAN 2 6 2012__

By: _____
     **SEAL**
     MARILYN DAVIS
     Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                           SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV12- 120 JST (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY