NO JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DENNIS MORRIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SELECT HOLDING CORP. etc., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED THIRD PARTY ACTION | Case No.: SACV12-120 JST (MLGx)<br><br>ORDER DISMISSING THIRD PARTY COMPLAINT WITHOUT PREJUDICE |

　　The Court has received and considered the parties' stipulation for dismissal of the Third Party Complaint without prejudice under Federal Rules of Civil Procedure, Rule 41(a)(1) and, based upon that stipulation,

　　IT IS ORDERED that Third Party Plaintiff SELECT HOLDING CORP.'s Third Party Complaint is hereby dismissed without prejudice, and that the parties to the third party action shall bear their own attorney's fees and costs incurred in the action.

DATED: <u>July 26, 2012</u>

　　　　　　　　　　　　　　　　　　　　　*/s/ Josephine Tucker*
　　　　　　　　　　　　　　　　　　　　　Hon. Josephine Staton Tucker
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

[PROPOSED] ORDER DISMISSING THIRD PARTY COMPLAINT
WITHOUT PREJUDICE